Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24095−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nicholas J. Basile
dba We Not I, LLC
12 Lansbrook Court
Sewell, NJ 08080

Stephanie L. Basile
12 Lansbrook Court
Sewell, NJ 08080

Social Security No.:
 xxx−xx−7212                                xxx−xx−1020

Employer's Tax I.D. No.:
 45−4333722

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on September 18, 2017.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 18, 2017
JAN: dac

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24095-JNP
Nicholas J. Basile                                                        Chapter 13
Stephanie L. Basile
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2              Date Rcvd: Sep 18, 2017
                               Form ID: 148               Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
```
db/jdb         +Nicholas J. Basile,    Stephanie L. Basile,    12 Lansbrook Court,    Sewell, NJ 08080-4113
cr             +Hunt Club Condominium Association,    100 Longbow Circle,    Sewell, NJ 08080-2523
516933946      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516933947      +Canterbury Mews Condo,    815 Darrett Ct,    Sewell, NJ 08080-2900
516933949      +Cardiovascular Associates of the Delawar,    120 White Horse Pike, Ste 112,
                Haddon Heights, NJ 08035-1994
516933955      +Fein, Such, Kahn & Shepard, PC,    7 Century Dr, Ste 201,    Parsippany, NJ 07054-4673
516933956      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516960071      +Hunt Club Condominium Association,    c/o George C. Greatrex, Jr., Esquire,
                Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
516933960      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516933962      +Omni Mngt,    5151 Monroe,    Toledo, OH 43623-3462
516938817      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516933964      +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
516933965      +The Hunt Club Condo Assn,    100 Long Bow Cir,    Sewell, NJ 08080-2523
517032150       Wells Fargo Bank, N.A.,    10000 Blue Gentian Road,    Eagen, MN 55121-7700
516933966       Wells Fargo Home Mor,    Written Correspondence Resolutions,    Mac#2302-04e,
                DesMoines, IA 50306
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2017 00:19:15     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2017 00:19:11     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516933948      +EDI: CAPITALONE.COM Sep 19 2017 00:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                Salt Lake City, UT 84130-0253
516933950      +EDI: CCS.COM Sep 19 2017 00:08:00      Credit Collections Svc,    Po Box 773,
                Needham, MA 02494-0918
516933951      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 19 2017 00:19:00     Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
517056177       E-mail/Text: bankruptcy.bnc@ditech.com Sep 19 2017 00:19:00
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516933958       EDI: IRS.COM Sep 19 2017 00:08:00      Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
517058736      +EDI: AIS.COM Sep 19 2017 00:08:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516933952*     +Ditech,    Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
516933953*     +Ditech,    Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
516933954*     +Ditech,    Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
516933957*     +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516933959*      Internal Revenue Service,    Centralized Insolvency Operations,    PO Box 7346,
                Philadelphia, PA 19101-7346
516933961*     +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516933963*     +Omni Mngt,    5151 Monroe,    Toledo, OH 43623-3462
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Sep 18, 2017
                              Form ID: 148               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICAEHOLDERS OF THE CWALT, INS., ALTERNATIVE LOAN TRUSTE 2006-5T2
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5T2 whos dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George C. Greatrex, Jr.    on behalf of Creditor   Hunt Club Condominium Association
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Joint Debtor Stephanie L. Basile ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Debtor Nicholas J. Basile ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC, as servicer for THE BANK OF NEW YORK
               MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC.,
               ALTERNATIVE LOAN TRUST 2006-5T2 MORTGAGE PASS-THRO bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor Committee    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```