Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  17–24095–JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nicholas J. Basile
dba We Not I, LLC
12 Lansbrook Court
Sewell, NJ 08080

Stephanie L. Basile
12 Lansbrook Court
Sewell, NJ 08080

Social Security No.:
  xxx–xx–7212                        xxx–xx–1020

Employer's Tax I.D. No.:
  45–4333722

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 14, 2017</u>        <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court